**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02833-BNB

MIGUEL ANGEL PUENTES-ROSABAL,

      Applicant,

v.

ERICK [sic] HOLDER, JR., United States Attorney General,
JANET NAPOLITANO, Secretary of the United States Department of
      Homeland Security (D.H.S.),
JOHN MORTON, United States D.H.S. Director of ICE,
JOHN LONGSHORE, Field Office Director U.S. ICE in Colorado,
MR. CHOATE, GEO CDF ICE Detention Center,
JOHN SUTHERS, U.S. Attorney General for Colorado,
CORINA E. ALMEIDA, Chief Counsel for D.H.S.-ICE,

      Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

      Applicant, Miguel Angel Puentes-Rosabal, currently is confined at the detention

center in Aurora, Colorado.  He has submitted *pro se* a Petition for Writ of Habeas

Corpus (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.2,

the court has determined that the submitted document is deficient as described in this

order.  Applicant will be directed to cure the following if he wishes to pursue any claims

in this court in this action.  Any papers that Applicant files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>   is not submitted
(2)   <u>  </u>   is missing affidavit
(3)   <u>  </u>   is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing

(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   _X_   other:  The § 1915 motion and affidavit is necessary only if the $5.00 filing fee is not paid in full in advance.

**Complaint, Petition or Application**:
(10)   __   is not submitted
(11)   _X_   is not on proper form
(12)   __   is missing an original signature by the prisoner
(13)   __   is missing page nos. ___
(14)   __   uses et al. instead of listing all parties in caption
(15)   __   names in caption do not match names in text
(16)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   _X_   other:  The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved forms for filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

2

without further notice.  The dismissal shall be without prejudice.

DATED October 17, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge